JAMES I. STANG, ESQ., (State Bar #94435)
LINDA F. CANTOR, ESQ., (State Bar # 153762)
PACHULSKI, STANG, ZIEHL & YOUNG P.C.
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone:  (310) 277-6910
Telecopier: (310) 201-0760

Attorneys for R. Todd Neilson,
    Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>NEW-VAL FORD, a California corporation, dba MAGIC FORD,<br><br>    Debtor<br><br>In re<br><br>VAL-NEW LINCOLN MERCURY, a California corporation, dba MAGIC LINCOLN MERCURY,<br><br>    Debtor. | Jointly Administered<br>Case No. SV 96-20969 GM<br>Case No. SV 96-20971-GM<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARINGS ON (1) APPROVAL OF DISCLOSURE STATEMENT, (2) TRUSTEE'S FEE APPLICATION, (3) MOTION FOR ORDER DIRECTING TRUSTEE TO FILE DISCLOSURE STATEMENT, AND (4) STATUS CONFERENCE RE: ADVERSARY NO. 97-02154**<br><br>**ORIGINAL HEARING DATE**<br><br>Date:  May 11, 1999<br>Time:  10:00 a.m.<br>Place: Courtroom 303<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA<br><br>**PROPOSED NEW DATE**<br><br>Date:  May 25, 1999<br>Time:  10:00 a.m.<br>Place: Courtroom 303<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE:**

This stipulation ("Stipulation") for a continuance of the

F:\WP\59861\LFC\STIP\202756.1

hearings on the following matters: (1) Approval of Trustee's Original Disclosure Statement Describing Original Chapter 11 Plan; (2) Chapter 11 Trustee's Fourth Application for Allowance of Compensation and Reimbursement of Expenses; (3) Motion of the U.S. Trustee's Office for an Order Directing Debtor Or Trustee to File Disclosure Statement and Confirm Plan; and (4) Status Conference in Adversary No. 97-02154, <u>Neilson v. U.S. Small Business Administration</u>, (collectively, the "Hearings") is entered into by and among R. Todd Neilson, chapter 11 trustee ("Trustee") for the estates of New-Val Ford and Val-New Lincoln Mercury (the "Debtors"), the Office of the United States Trustee, the Debtors, and the Official Creditors Committee, by and through their attorneys of record with reference to the following facts:

<u>RECITALS</u>

1. On March 25, 1999, the Trustee filed with the Court the "Original Disclosure Statement Describing Original Chapter 11 Plan" (the "Disclosure Statement").

2. The Official Creditors Committee, the Debtors and the Office of the U.S. Trustee have filed comments and objections to the Disclosure Statement which request the inclusion of additional information and provisions.

3. In an effort to resolve the objections and respond to the comments, the Trustee has requested and the parties hereto have stipulated to a continuance of the Hearings, currently set for May 11, 1999 at 10:00 a.m., to May 25, 1999 at 10:00 a.m.

WHEREFORE, IT IS HEREBY STIPULATED THAT:

1. The Hearings are hereby continued to May 25, 1999 at 10:00 a.m., or until such time is convenient for the Court.

1      2. The response deadlines for the above-referenced hearings
2 will be extended in accordance with Local Bankruptcy Rules with
3 respect to the new hearing date.
4 IT IS SO STIPULATED:
5 DATED: May _7_, 1999      PACHULSKI, STANG, ZIEHL
                                     & YOUNG P.C.

                                     By: _____
                                           Linda F. Cantor
                                     Attorneys for R. Todd Neilson,
                                     Chapter 11 Trustee

DATED: May _7_, 1999      OFFICE OF THE UNITED STATES TRUSTEE

                                     By: _____
                                           MaryAnne Wilsbacher

DATED: May __, 1999      WINTHROP & COUCHOT

                                     By: ___SEE ATTACHED_____
                                     Robert Pitts
                                     Attorneys for Official Committee
                                     of Creditors Holding Unsecured
                                     Claims

DATED: May __, 1999      LAW OFFICES OF TODD C. RINGSTAD

                                     By: ___SEE ATTACHED_____
                                     Todd C. Ringstad
                                     Attorneys for Debtors

2. The response deadlines for the above-referenced hearings will be extended in accordance with Local Bankruptcy Rules with respect to the new hearing date. Further, the parties reserve the right to comment on or object to the revised disclosure statement.

IT IS SO STIPULATED:

DATED: May 7, 1999

PACHULSKI, STANG, ZIEHL & YOUNG P.C.

By: _____
Linda F. Cantor
Attorneys for R. Todd Neilson,
Chapter 11 Trustee

DATED: May ___, 1999

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
MaryAnne Wilsbacher

DATED: May 7, 1999

WINTHROP & COUCHOT

By: _____
Robert Pitts
Attorneys for Official Committee of Creditors Holding Unsecured Claims

DATED: May 7, 1999

LAW OFFICES OF TODD C. RINGSTAD

By: _____
Todd C. Ringstad
Attorneys for Debtors

3

ORDER

The parties having stipulated to, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the hearings on (a) Approval of Original Disclosure Statement Describing Original Chapter 11 Plan, (b) Chapter 11 Trustee's Fourth Application for Allowance of Compensation and Reimbursement of Expenses; (c) Motion of the U.S. Trustee's Office for an Order Directing Debtor Or Trustee to File Disclosure Statement and Confirm Plan; and (4) Status Conference in Adversary No. 97-02154, <u>Neilson v. U.S. Small Business Administration</u> are hereby continued to _MAY 25, 1999 AT 10:00 am_.

Dated: _5/12/99_

_____
The Honorable Geraldine Mund
United States Bankruptcy Judge

Submitted by:

PACHULSKI, STANG, ZIEHL & YOUNG P.C.

By: _____
Linda F. Cantor
Attorneys for Chapter 11 Trustee
R. Todd Neilson

F:\WP\59861\LPC\STIP\202756.1

4

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                      )
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067.

On May 10, 1999, I served the foregoing documents described as **STIPULATION TO CONTINUE HEARINGS ON (1) APPROVAL OF DISCLOSURE STATEMENT, (2) TRUSTEE'S FEE APPLICATION, (3) MOTION FOR ORDER DIRECTING TRUSTEE TO FILE DISCLOSURE STATEMENT, AND (4) STATUS CONFERENCE RE ADVERSARY NO. 997-02154** on <u>interested parties</u> in this action

__XXX__    by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

__XXX__    (BY TELECOPIER) By sending by telecopier to the addressee(s) as indicated on the attached list.
Executed on May 10, 1999, at Los Angeles, California.

__XXX__    (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

LAURA ROS

1

Service list

**U.S. Trustee**
Attn: MaryAnne Wilsbacher, Esq.
221 N. Figueroa St., #800
Los Angeles, CA  90012
FAX: (213) 894-2603

**Chapter 11 Trustee**
R. Todd Neilson
Neilson, Elggren, Durkin & Co.
2029 Century Park East
Suite 900
Los Angeles, CA 90067
FAX: (310) 282-0781

**Atty for Debtor**
Todd C. Ringstad
Law offices of Todd C. Ringstad
4 Park Plaza, #1600
Irvine, CA   92714
(949) 851-6926

**Creditors Committee Counsel**
Robert Pitts, Esq.
Winthrop Couchot
3 Civic Plaza, Suite 280
Newport Beach, CA 92660
(949) 720-4111

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re          (SHORT TITLE)                                      | CHAPTER 11 CASE NUMBER: |
|---|---|
| NEW-VAL FORD, a California corporation, dba MAGIC FORD,<br><br>In re<br><br>VAL-NEW LINCOLN, a California corporation, dba MAGIC LINCOLN MERCURY<br><br>Debtor. | SV 96-20969-GM |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021(1)(a)(v), that a judgment or order entitled *(specify)*: **STIPULATION TO CONTINUE HEARINGS ON (1) APPROVAL OF DISCLOSURE STATEMENT, (2) TRUSTEE'S FEE APPLICATION, (3) MOTION FOR ORDER DIRECTING TRUSTEE TO FILE DISCLOSURE STATEMENT, AND (4) STATUS CONFERENCE RE ADVERSARY NO. 997-02154** was entered on *(specify date)*: **MAY 1 2 1999**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons on the attached service list on (specify date): **MAY 1 2 1999**

Dated:  MAY 1 2 1999

**JON D. CERETTO**
Clerk of the Bankruptcy Court

By: _____
**Deputy Clerk**

*Rev. 7/98*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **110**

Service list

**U.S. Trustee**
Attn: MaryAnne Wilsbacher, Esq.
221 N. Figueroa St., #800
Los Angeles, CA  90012

**Chapter 11 Trustee**
R. Todd Neilson
Neilson, Elggren, Durkin & Co.
2029 Century Park East
Suite 900
Los Angeles, CA 90067

**Atty for Debtor**
Todd C. Ringstad
Law offices of Todd C. Ringstad
4 Park Plaza, #1600
Irvine, CA   92714

**Creditors Committee Counsel**
Robert Pitts, Esq.
Winthrop Couchot
3 Civic Plaza, Suite 280
Newport Beach, CA 92660

Linda F. Cantor, Esq.
Pachulski, Stang, Ziehl & Young P.C.
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90967