```
 1 │ PAUL J. COUCHOT – State Bar No. 131934
   │ WINTHROP COUCHOT
 2 │ PROFESSIONAL CORPORATION
   │ 3 Civic Plaza, Suite 280
 3 │ Newport Beach, CA 92660
   │ Telephone:  (949) 720-4100
 4 │ Facsimile:  (949) 720-4111
```

Proposed Attorneys for Official Committee of
Creditors Holding Unsecured Claims.



ORIGINAL

FILED
APR - 1 1999
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

LODGED
99 MAR 29 PM 4:23

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>NEW-VAL FORD, a California corporation, dba Magic Ford,<br><br>Debtor. | Case No. SV 96-20969 GM<br>SV 96-20971 GM<br>Jointly Administered<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AUTHORITY TO EMPLOY WINTHROP COUCHOT PROFESSIONAL CORPORATION AS COMMITTEE COUNSEL**<br><br>[No Hearing Required] |
| In re<br><br>VAL-NEW LINCOLN MERCURY, a California corporation, dba Magic Lincoln Mercury,<br><br>Debtor. | |

Based upon the Application of the Official Committee of Creditors Holding Unsecured Claims for Authority to Employ Winthrop Couchot Professional Corporation as Committee Counsel, and pursuant to Bankruptcy Code Section 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, it appears that Winthrop Couchot Professional Corporation represents no interest adverse to the estate with respect to matters upon which it is to be engaged; that Winthrop Couchot Professional

38232.1

1 | Corporation is disinterested within the meaning of 11 U.S.C. §§ 101(14) and 327 of the United States

2 | Bankruptcy Code; that the employment of Winthrop Couchot Professional Corporation would be in the

3 | best interests of the creditors of the estate; and sufficient cause appearing therefor;

4 | **IT IS HEREBY ORDERED** that:

5 | The Committee is authorized, pursuant to 11 U.S.C. §327 and Rule 2014(a) of the Federal

6 | Rules of Bankruptcy Procedure, to employ Winthrop Couchot Professional Corporation as its counsel

7 | with compensation to be paid from funds of the Debtor's estate, pursuant to the terms and conditions

8 | set forth in the Application.

Dated: ~~March~~ 4/1, 1999

THE HONORABLE GERALDINE MUND
UNITED STATES BANKRUPTCY JUDGE

-2-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 3 Civic Plaza, Suite 280, Newport Beach, California 92660.

On March 15, 1999, I served the foregoing document described as [PROPOSED] **ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AUTHORITY TO EMPLOY WINTHROP COUCHOT PROFESSIONAL CORPORATION AS COMMITTEE COUNSEL** on the interested parties in this action, via first-class mail, by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee<br>Attn: Mary Ann Wilsbacher, Esq.<br>221 N. Figueroa St., Suite 800<br>Los Angeles, CA 90012 | Counsel for Debtors<br>Todd C. Ringstad, Esq.<br>Law Offices of Todd C. Ringstad<br>4 Park Plaza, 16th Floor<br>Irvine, CA 92614 |
| R. Todd Neilson, Ch. 11 Trustee<br>Neilson, Elggren, Durkin & Company<br>2029 Century Park East, Suite 900<br>Los Angeles, CA 90067 | Committee Chair<br>Scott O. Smith, Esq.<br>Buchalter, Nemer, Fields & Younger<br>601 South Figueroa St., Suite 2400<br>Los Angeles, CA 90017-5407 |

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this filing and declaration was made.

Executed this 15 day of **March, 1999**, at Newport Beach, California.

*[signature]*

-5-

**NOTICE TO USERS OF THIS FORM**
Physically attach this form as the last page of the proposed Order or Judgment.
Do not file this form as a separate document

| In re: (SHORT TITLE) NEW-VAL FORD | CHAPTER 11 |
| --- | --- |
| Debtor. | Case No. SV 96-20969 GM |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO THOSE PARTIES LISTED ON THE ATTACHMENT HERETO:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment or order entitled (specify):

**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR AUTHORITY TO EMPLOY WINTHROP COUCHOT PROFESSIONAL CORPORATION AS COMMITTEE COUNSEL**

was entered on (specify date): __APR - 1 1999__

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

APR - 1 1999

**THOSE PARTIES LISTED ON THE ATTACHMENT HERETO**

DATED: APR - 1 1999            JON DAVID CERETTO
                               **Clerk of the Bankruptcy Court**

                        By: _____
                               Deputy Clerk

-3-

# ATTACHMENT TO NOTICE OF ENTRY

Office of the U.S. Trustee
Attn: Mary Ann Wilsbacher, Esq.
221 N. Figueroa St., Suite 800
Los Angeles, CA 90012

Counsel for Debtors
Todd C. Ringstad, Esq.
Law Offices of Todd C. Ringstad
4 Park Plaza, 16th Floor
Irvine, CA 92614

R. Todd Neilson, Ch. 11 Trustee
Neilson, Elggren, Durkin & Company
2029 Century Park East, Suite 900
Los Angeles, CA 90067

Committee Chair
Scott O. Smith, Esq.
Buchalter, Nemer, Fields & Younger
601 South Figueroa St., Suite 2400
Los Angeles, CA 90017-5407

Winthrop Couchot PC
Attn: Lori Gauthier
3 Civic Plaza, Suite 280
Newport Beach, CA 92660