```
 1  JAMES I. STANG, ESQ.
    LINDA F. CANTOR, ESQ. (State Bar #153762)
 2  PACHULSKI, STANG, ZIEHL & YOUNG, P.C.
    10100 Santa Monica Boulevard
 3  Suite 1100
    Los Angeles, California
 4  Telephone:  (310) 277-6910
    Telecopier: (310) 201-0760
 5
    Bankruptcy counsel to R. Todd Neilson,
 6     chapter 11 Trustee
```




UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>NEW-VAL FORD, a California corporation, dba MAGIC FORD,<br><br>　　　　Debtor. | Case No. SV 96-20969 GM<br><br>Chapter 11<br><br>[PROPOSED] ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY DUITCH, FRANKLIN & CO. LLP AS INDEPENDENT QUALIFIED PUBLIC ACCOUNTANT<br><br>[No Hearing Required]<br>Local Bankruptcy Rule 2014-1(2)(a) |

The Court has considered the Trustee's Application to Employ Duitch, Franklin & Co. LLP as independent qualified public accountant to perform an audit of the Debtor's 401k profit sharing plan pursuant to section 103(a)(3) of the Employee Retirement Income Security Act of 1974, as amended, and the Declaration of Disinterestedness Under Bankruptcy Rule 2014 in support thereof. Based upon the record before the Court, it appears that Duitch, Franklin & Co. LLP (the "Firm") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its

1 | employment is in the best interest of the estate, and that no
2 | hearing on the Application is required pursuant to the Local
3 | Bankruptcy Rules. Accordingly, it is hereby
4 |      **ORDERED** that R. Todd Neilson, chapter 11 Trustee for New-
5 | Val Ford, Inc., dba Magic Ford, the debtor in the above captioned
6 | bankruptcy case, is authorized to employ the law firm of Duitch,
7 | Franklin & Co. LLP as independent qualified public accountant
8 | herein on the terms and conditions set forth more fully in the
9 | Application and the accompanying Declaration of Disinterestedness.
10 | Dated: 8/30/99

12 | 
13 | The Honorable Geraldine Mund
United States Bankruptcy Judge

14 | Submitted by:
15 | PACHULSKI, STANG, ZIEHL & YOUNG P.C.

17 | By: _____
Linda F. Cantor
18 | Attorneys for R. Todd Neilson,
chapter 11 Trustee

F:\WP\59861\MHJ\EMP\209567.1               3

PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
COUNTY OF LOS ANGELES      )

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: <u>10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California  90067</u>.

    On August 3, 1999, I served the foregoing documents described as **[PROPOSED] ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY DUITCH, FRANKLIN & CO. LLP AS INDEPENDENT QUALIFIED PUBLIC ACCOUNTANT** on <u>interested parties</u> in this action

  <u>XXX</u>     by placing true copies thereof enclosed envelopes addressed as follows:

Office of the U.S. Trustee          Duitch, Franklin & Co. LLP
221 N. Figueroa St.                 11601 Wilshire Blvd.
Room 800                            Suite 2300
Los Angeles, CA  90012              Los Angeles, CA  90025

  <u>XXX</u>     (BY MAIL) By placing said envelope(s), with postage thereon fully prepaid in the United States mail at <u>Los Angeles</u>, California.
Executed on <u>August 3, 1999</u>, at <u>Los Angeles</u>, California.

  _____     (BY PERSONAL SERVICE) By delivering by hand to the offices of the addressee(s).
Executed on _____, 1999, at <u>Los Angeles</u>, California.

  _____     (BY TELECOPIER) By sending by telecopier to the addressee(s) as indicated on the attached list.
Executed on _____, 1999, at <u>Los Angeles</u>, California.

  _____     (BY FEDERAL EXPRESS) By sending by Federal Express to the addressee(s) as indicated on the attached list.
Executed on _____, 1999, at <u>Los Angeles</u>, California.

  <u>XXX</u>     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  _____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Eva Valles*
EVA VALLES

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed order or Judgment.*
*Do not file this form as a separate document.*

| In re                              (SHORT TITLE) | CHAPTER 11 CASE NUMBER: |
|---|---|
| NEW-VAL FORD, a California corporation, dba MAGIC FORD                                            Debtor. | Case No. SV 96-20969-GM |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.   You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify):*

[PROPOSED] ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY DUITCH, FRANKLIN & CO. LLP AS INDEPENDENT QUALIFIED PUBLIC ACCOUNTANT

was entered on *(specify date):*   AUG 3 1 1999

2.   I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons on the attached service list on (specify date):
AUG 3 1 1999

Dated:    AUG 3 1 1999

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By:_____
**Deputy Clerk**

---

*Rev. 7/98*   This form is optional.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **110**

Office of the United States Trustee
221 N. Figueroa St.
Room 800
Los Angeles, CA  90012

Duitch, Franklin & Co. LLP
11601 Wilshire Blvd.
Sutie 2300
Los Angeles, CA  90025

Linda F. Cantor, Esq.
Pachulski, Stang, Ziehl & Young P.C.
10100 Santa Monica blvd., Suite 1100
Los Angeles, CA  90067