JAMES I. STANG, ESQ. (State Bar #94435)
LARRY W. GABRIEL, ESQ. (State Bar #68329)
DEBRA I. GRASSGREEN, ESQ. (State Bar #169978)
PACHULSKI, STANG, ZIEHL & YOUNG P.C.
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, California 90067
Telephone:  (310) 277-6910
Telecopier: (310) 201-0760

Bankruptcy counsel to R. Todd Neilson,
     Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. SV 96-20969 GM |
| NEW-VAL FORD, a California corporation, dba MAGIC FORD, | Chapter 11 |
| Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY SEYFARTH, SHAW, FAIRWEATHER & GERALDSON AS SPECIAL COUNSEL** |
| | [No Hearing Required]<br>Local Bankruptcy Rule 2014-1(2)(a) |

The Court has considered the Trustee's Application to Employ Seyfarth, Shaw, Fairweather & Geraldson as Special Counsel, and the Declaration of Disinterestedness Under Bankruptcy Rule 2014 in support thereof.  Based upon the record before the Court, it appears that Seyfarth, Shaw, Fairweather & Geraldson (the "Firm") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required

1  pursuant to the Local Bankruptcy Rules.  Accordingly, it is hereby
2  **ORDERED** that R. Todd Neilson, chapter 11 Trustee for New-
3  Val Ford, Inc., dba Magic Ford, the debtor in the above captioned
4  bankruptcy case, is authorized to employ the law firm of Seyfarth,
5  Shaw, Fairweather & Geraldson as special counsel herein on the
6  terms and conditions set forth more fully in the Application and
7  the accompanying Declaration of Disinterestedness.
8  Dated: _____11/4/99_____

_____
The Honorable Geraldine Mund
United States Bankruptcy Judge

12 Submitted by:
13 PACHULSKI, STANG, ZIEHL & YOUNG P.C.

15 By: _____
    Linda F. Cantor
16  [Proposed] Attorneys for R. Todd Neilson,
    Chapter 11 Trustee

F:\WP\59861\MHJ\EMP\213562.1                3

PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               )
COUNTY OF LOS ANGELES          )

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: <u>10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California  90067</u>.

    On October 15, 1999, I served the foregoing documents described as **ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY SEYFARTH, SHAW, FAIRWEATHER & GERALDSON AS SPECIAL COUNSEL** on <u>interested parties</u> in this action

   <u>XXX</u>    by placing true copies thereof enclosed in sealed envelopes  addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee<br>221 N. Figueroa St.<br>Room 800<br>Los Angeles, CA  90012 | Lynn B. Witte, Esq.<br>Seyfarth, Shaw, Fairweather &<br>Geraldson<br>2029 Century Park East<br>Los Angeles, CA  90067-3063 |

<u>XXX</u>    (BY MAIL) By placing said envelope(s), with postage thereon fully prepaid in the United States mail at <u>Los Angeles</u>, California.
Executed on <u>October 15, 1999</u>, at <u>Los Angeles</u>, California.

\_\_\_\_\_    (BY PERSONAL SERVICE) By delivering by hand to the offices of the addressee(s).
Executed on _____, 1999, at <u>Los Angeles</u>, California.

\_\_\_\_\_    (BY TELECOPIER) By sending by telecopier to the addressee(s) as indicated on the attached list.
Executed on _____, 1999, at <u>Los Angeles</u>, California.

\_\_\_\_\_    (BY FEDERAL EXPRESS) By sending by Federal Express to the addressee(s) as indicated on the attached list.
Executed on _____, 1999, at <u>Los Angeles</u>, California.

<u>XXX</u>    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

\_\_\_\_\_    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Eva Valles*
EVA VALLES

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re    (SHORT TITLE)<br><br>NEW-VAL FORD, a California corporation, dba MAGIC FORD<br><br>Debtor. | CHAPTER 11 CASE NUMBER:<br><br>Case No. SV 96-20969-GM |
|---|---|

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY SEYFARTH, SHAW, FAIRWEATHER & GERALDSON AS SPECIAL COUNSEL**

was entered on *(specify date)*:    NOV 5 1999

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons on the attached service list on (specify date):

NOV 5 1999

Dated:

JON D. CERETTO
Clerk of the Bankruptcy Court

By: /s/ Gloria Hernandez
Deputy Clerk

*Rev. 7/98*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **110**

Office of the United States Trustee
221 N. Figueroa St.
Room 800
Los Angeles, CA  90012

Lynn B. Witte, Esq.
Seyfarth, Shaw, Fairweather &
Geraldson
2029 Century Park East
Los Angeles, CA  90067-3063

Linda F. Cantor, Esq.
Pachulski, Stang, Ziehl & Young P.C.
10100 Santa Monica blvd., Suite 1100
Los Angeles, CA  90067